IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TUYEN ANH LE,

                    Petitioner,                                    **8:21CV189**

          vs.

STATE OF NEBRASKA,                                                 **ORDER**

                    Respondent.

          Because Petitioner has failed to pay the $5.00 filing fee or submit a request to proceed informa pauperis within 30 days of my previous order (Filing 4), this matter must be dismissed without prejudice. To be specific, I warned the Petitioner that failing to take either action will result in the dismissal of this action without further notice. Accordingly,

          IT IS ORDERED that this matter is dismissed without prejudice.

          Dated this 21st day of June, 2021.

                                                  BY THE COURT:

                                                  *Richard G. Kopf*

                                                  Richard G. Kopf
                                                  Senior United States District Judge