IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TUYEN ANH LE,<br><br>      Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>      Respondent. | 8:21CV189<br><br>**ORDER** |

    Albeit late, Petitioner has now paid the $5.00 filing fee in this case. Out of an abundance of caution,

    IT IS ORDERED that the previously filed order (Filing 5) and judgment (Filing 6) are withdrawn, and this matter will proceed to initial review.

    Dated this 29th day of June, 2021.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*
                                                   Richard G. Kopf
                                                   Senior United States District Judge