IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TUYEN ANH LE, | |
|---|---|
| Petitioner, | 8:21CV189 |
| vs. | |
| STATE OF NEBRASKA, | MEMORANDUM AND ORDER |
| Respondent. | |

The Petitioner is subject to an order of deportation. He has filed a § 2241 petition. As I am required to do, I now conduct an initial review.

He makes the following allegations:

Ground One: I am not a flight risk. I'm fearful for my safety if returned to Vietnam.

Ground Two: I also have alternative residence plans if necessary.

Ground Three: I am not a danger to my community.

Ground Four: Today I take comfort in my sobriety, learning about Christianity, and plan to earn a degree in education.

Filing 1 at CM/ECF pp. 6-8.

None of these asserted claims call into question federal constitutional law or federal statutory law. They are insufficient as a matter of law. Therefore,

IT IS ORDERED that the § 2241 petition (Filing 1) is denied without prejudice.

Dated this 1st day of July, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge