IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TUYEN ANH LE, | |
|---|---|
| Petitioner, | 8:21CV189 |
| vs. | |
| STATE OF NEBRASKA, | ORDER |
| Respondent. | |

I have reviewed this matter previously and found that none of the asserted claims call into question federal constitutional law or federal statutory law. (Filing 8.) Therefore,

IT IS ORDERED that the Petitioner's letter (Filing 10), construed as a motion for reconsideration, is denied.

Dated this 6th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge