IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TUYEN ANH LE, | |
|---|---|
| Petitioner, | 8:21CV189 |
| vs. | |
| STATE OF NEBRASKA, | **ORDER** |
| Respondent. | |

IT IS ORDERED that the Petitioner's motion to reconsider (Filing 12) is denied.

Dated this 16th day of July, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge